Nicole Lloyd case no 18-24162

| # | NAME | RESIDENT/NON RESIDENT | MARRIED/SINGLE | EXEMPTIONS | SUN | MON | TUE | WED | THU | FRI | SAT | TOTAL HOURS REG | O.T. | RATE REG | O.T. | REGULAR | OVERTIME | OTHER |
|---|------|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Nichole Lloyd 8/24 | | | | | | | | | | | 18 | | | | | | |
| 2 | Nichole Lloyd 8/17 | | | | | | | | | | | 16 | 11 | | | 198 | | |
| 3 | Nichole Lloyd 9/7 | | | | | | | | | | | 11.5 | 11 | | | 110.50 | | |
| 4 | Nichole Lloyd 9/24 | | | | | | | | | | | 16 | 11 | | | | | |
| 5 | Nichole Lloyd 10/5 | | | | | | | | | | | 16.5 | 11 | | | 203.50 | | |
| 6 | Nichole Lloyd | | | | | | | | | | | 17.6 | | | | 176 | 15 | 191.8 |
| 7 | Nichole Lloyd 10/19 | | | | | | | | | | | 18.75 | 10 | 30.625 | | | | |

WEEK ENDING

PENNSYLVANIA DEPARTMENT OF
**LABOR & INDUSTRY**

## BENEFIT PAYMENT HISTORY

* Claimant Name: **DAVID J LLOYD**
* Social Security Number: XXX-XX-9154
* AB Date: 07/29/2018
* Program Type: UC

| Week Ending Date | Payment Number | Status | Amount Paid | Method of Payment | Payment Issue Date |
|---|---|---|---|---|---|
| 11/03/2018 | | Benefit Reduction | $14.00 | | |
| 11/03/2018 | 05017652 | Paid | $498.00 | Direct Deposit | 11/06/2018 |
| 11/03/2018 | 09999991 | Federal Withholding | $57.00 | | |
| 10/27/2018 | 09999991 | Federal Withholding | $57.00 | | |
| 10/27/2018 | 05017652 | Paid | $498.00 | Direct Deposit | 11/06/2018 |
| 10/27/2018 | | Benefit Reduction | $14.00 | | |
| 10/20/2018 | | Benefit Reduction | $14.00 | | |
| 10/20/2018 | 04853869 | Paid | $498.00 | Direct Deposit | 10/23/2018 |
| 10/20/2018 | 09999991 | Federal Withholding | $57.00 | | |
| 10/13/2018 | 09999991 | Federal Withholding | $57.00 | | |
| 10/13/2018 | 04853869 | Paid | $498.00 | Direct Deposit | 10/23/2018 |
| 10/13/2018 | | Benefit Reduction | $14.00 | | |
| 10/06/2018 | | Benefit Reduction | $14.00 | | |
| 10/06/2018 | 04718156 | Paid | $498.00 | Direct Deposit | 10/09/2018 |
| 10/06/2018 | 09999991 | Federal Withholding | $57.00 | | |
| 09/29/2018 | 09999991 | Federal Withholding | $57.00 | | |
| 09/29/2018 | 04718156 | Paid | $498.00 | Direct Deposit | 10/09/2018 |
| 09/29/2018 | | Benefit Reduction | $14.00 | | |
| 09/22/2018 | | Benefit Reduction | $14.00 | | |
| 09/22/2018 | 04576390 | Paid | $498.00 | Direct Deposit | 09/25/2018 |
| 09/22/2018 | 09999991 | Federal Withholding | $57.00 | | |
| 09/15/2018 | 09999991 | Federal Withholding | $57.00 | | |
| 09/15/2018 | 04576390 | Paid | $498.00 | Direct Deposit | 09/25/2018 |
| 09/15/2018 | | Benefit Reduction | $14.00 | | |
| 09/08/2018 | | Benefit Reduction | $14.00 | | |
| 09/08/2018 | 04425073 | Paid | $498.00 | Direct Deposit | 09/11/2018 |
| 09/08/2018 | 09999991 | Federal Withholding | $57.00 | | |
| 09/01/2018 | 09999991 | Federal Withholding | $57.00 | | |
| 09/01/2018 | 04425073 | Paid | $498.00 | Direct Deposit | 09/11/2018 |

Handwritten annotations:
- November $1,110.00 (gross) $996.00 (net)
- October $2,220.00 (gross) $1,992.00 (net)
- September $3,330.00 (gross) $2,988.00 (net)

| Date | Number | Type | Amount | Method | Deposit Date |
|---|---|---|---|---|---|
| 09/01/2018 | | Benefit Reduction | $14.00 | | |
| 08/25/2018 | | Benefit Reduction | $14.00 | | |
| 08/25/2018 | 04395863 | Paid | $498.00 | Direct Deposit | 09/05/2018 |
| 08/25/2018 | 09999991 | Federal Withholding | $57.00 | | |
| 08/18/2018 | 09999991 | Federal Withholding | $57.00 | | |
| 08/18/2018 | 04395863 | Paid | $498.00 | Direct Deposit | 09/05/2018 |
| 08/18/2018 | | Benefit Reduction | $14.00 | | |