## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

*Conciliation Conference:*

| | |
|---|---|
| **Debtor:** | DAVID J. & NICHOLE M. LLOYD |
| **Case Number:** | 18-24162-CMB    Chapter: 13 |
| **Date / Time / Room:** | THURSDAY, FEBRUARY 28, 2019 10:00 AM    3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

FILED
3/4/19 9:19 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*Matter:*

#18 - Final Confirmation of Plan Dated 11/13/2018 (NFC)
+Objections By: Clearview Federal Credit Union
R / M #: 18 / 0

*Appearances:*

Debtor: White
Trustee: Winnecour / (Pail) / Katz / DeSimone

Creditor: Pasquarelli - Clearview FCU

*Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____
7. __X__ Plan/Motion continued to 5/23/19 at 1:30 pm
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
    Objections are due on or before _____.
    A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

2/21/2019    4:26:43PM