IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| David J. Lloyd and Nichole M. Lloyd | : | Bankruptcy No. 18-24162 CMB |
|    Debtor | : | Chapter 13 |
| Nationstar Mortgage LLC d/b/a Mr. Cooper | : | Document Nos. 34, 37 |
|    Movant | : | Hearing Date & Time: 6/5/18 @ 10:00 am |
| | : | |
|    v. | : | |
| David J. Lloyd and Nichole M. Lloyd | : | |
| | | |
|    Respondent(s) | : | |

**CERTIFICATION OF COUNSEL REGARDING
MOTION OF NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, TO CONTINUE HEARING
SCHEDULED FOR JUNE 5, 2019**

The undersigned hereby certifies that agreement has been reached with the respondent(s) regarding the Motion to Continue Hearing Scheduled for June 5, 2019.

The signature requirements of W.PA.LBR 5005-6 have been followed in obtaining the agreement of all parties and is reflected in the attached document.

The undersigned further certifies that:

☐ An agreed order and a redline version showing the changes made to the order originally filed with the court as an attachment to the motion is attached to this Certificate of Counsel. Deletions are signified by a line in the middle of the original text (strikeout) and additions are signified by text in italics. It is respectfully requested that the attached order be entered by the Court.

☐ No other order has been filed pertaining to the subject matter of this agreement.

X   The attached document does not require a proposed order.

Dated: May 20, 2019         By:   /s/ James C. Warmbrodt
                                                    Signature
                                                    James C. Warmbrodt, Esquire

Typed Name
KML Law Group, P.C.
BNY Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106

Address
412-430-3594

Phone No.
PA I.D. No. 42524

List Bar I.D. and State of Admission

**PAWB Local Form 26 (06/17)**