IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>David J. Lloyd<br>Nichole M. Lloyd<br>                         Debtors<br><br>Nationstar Mortgage LLC d/b/a Mr. Cooper<br>                         Movant<br>      vs.<br>David J. Lloyd<br>Nichole M. Lloyd<br>                         Respondent<br><br>Ronda J. Winnecour<br>                         Trustee | CHAPTER 13<br><br>BK.NO. 18-24162 CM<br><br><br>re doc. no. 40 |

## ORDER

Upon consideration of the Motion filed by Nationstar Mortgage LLC d/b/a Mr. Cooper, it is **Ordered** and **Decreed** that the Motion is **granted**, and the hearing on the Motion for Relief from the Automatic Stay scheduled for June 5, 2019 is hereby continued to July 2, 2019 at 10:00 a.m.

_____
Carlota M. Böhm     dmk
Chief United States Bankruptcy Court Judge

Consented to by:

*/s/ Daniel R. White, Esquire*
Daniel R. White, Esquire
Zebley Mehalov & White, P.C.
18 Mill Street Square,
P.O. Box 2123
Uniontown, PA 15401
Counsel for the Debtor

FILED
5/21/19 1:42 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
David J. Lloyd
Nichole M. Lloyd
    Debtors

Case No. 18-24162-CMB
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: dsaw     Page 1 of 1     Date Rcvd: May 21, 2019
                       Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 23, 2019.
db/jdb       +David J. Lloyd,    Nichole M. Lloyd,    38 Field and Stream Road,    Marianna, PA 15345-1071

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2019                                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2019 at the address(es) listed below:
           Daniel R. White    on behalf of Joint Debtor Nichole M. Lloyd dwhite@zeblaw.com,
            gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com
           Daniel R. White    on behalf of Debtor David J. Lloyd dwhite@zeblaw.com,
            gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com
           James Warmbrodt     on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
            bkgroup@kmllawgroup.com
           James Warmbrodt     on behalf of Creditor    Pacific Union Financial, LLC bkgroup@kmllawgroup.com
           Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
           Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
           Samuel James Pasquarelli    on behalf of Creditor    Clearview Federal Credit Union sjp@sgkpc.com,
            pms@sgkpc.com
                                                                                                               TOTAL: 7