# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
### CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

| | |
|---|---|
| Debtor: | DAVID J. & NICHOLE M. LLOYD |
| Case Number: | 18-24162-CMB    Chapter: 13 |
| Date / Time / Room: | THURSDAY, MAY 23, 2019 01:30 PM   3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

FILED
5/29/19 2:12 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Matter:**

#18 - Continued Confirmation of Plan Dated 11/13/2018 (NFC)
R / M #:  18 / 0

**Appearances:**

Debtor: White
Trustee: Winnecour / Pail / (Katz) / DeSimone
Creditor: Pasquarelli for Clearview FCU

**Proceedings:**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 8/8/19 at 2:00 pm
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
    Objections are due on or before _____.
    A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

pending RS motion & resolution of Clearview objection to plan, & objection to claim

5/15/2019  3:23:54PM