IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 18-24162 CMB |
| | : | |
| David J. Lloyd and Nichole M. Lloyd, | : | Chapter 13 |
| | : | |
| Debtors, | : | Related to Claim No. 9 |
| | : | |
| David J. Lloyd and Nichole M. Lloyd, | : | Document No. ___ |
| | : | |
| Movants, | : | Hearing Date and Time: June 5, 2019, at |
| | : | 10:00 a.m. |
| vs. | : | |
| | : | Responses due by: May 24, 2019 |
| Wells Fargo Bank, N.A., | : | |
| | : | |
| Respondent. | : | |

CERTIFICATION OF NO OBJECTION
TO OBJECTION TO ALLOWANCE OF CLAIM

    The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Objection to Allowance of Claim filed on May 7, 2019, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Objection to Allowance of Claim appears thereon. Pursuant to the Notice of Hearing, objections were to be filed and served no later than May 24, 2019.

    It is hereby respectfully requested that the Order attached to the Objection to Allowance of Claim be entered by the Court.

Dated: May 31, 2019

ZEBLEY MEHALOV & WHITE, P.C.

/s/ Daniel R. White
Daniel R. White
Pa. I.D. No. 78718
P.O. Box 2123
Uniontown, PA 15401
Telephone (724) 439-9200