IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 18-24162 CMB |
| David J. Lloyd and Nichole M. Lloyd, | : | Chapter 13 |
| Debtors, | : | Related to Claim No. 9 |
| David J. Lloyd and Nichole M. Lloyd, | : | Document No. 38 |
| Movants, | : | |
| vs. | : | |
| Wells Fargo Bank, N.A., | : | **ENTERED BY DEFAULT** |
| Respondent. | : | |

ORDER

AND NOW, this __3rd__ day of _____June_____, 2019, upon consideration of Debtors' objection to allowance of Proof of Claim No. 9, filed by David J. Lloyd and Nichole M. Lloyd, having been scheduled for a hearing and Respondent/Creditor having received due notice of said hearing and an opportunity to be heard, it is hereby ORDERED that Proof of Claim No. 9 , filed by Creditor, Wells Fargo Bank, N.A., shall be designated as a general unsecured claim in its entirety. This Claim shall receive only an unsecured distribution under Debtors' confirmed Chapter 13 Plan.

BY THE COURT:

FILED
6/3/19 12:04 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_Carlota M. Böhm_  dmr
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:
David J. Lloyd
Nichole M. Lloyd
        Debtors

Case No. 18-24162-CMB
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: dric     Page 1 of 1     Date Rcvd: Jun 03, 2019
                     Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 05, 2019.
db/jdb        +David J. Lloyd,   Nichole M. Lloyd,   38 Field and Stream Road,   Marianna, PA 15345-1071

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 05, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 3, 2019 at the address(es) listed below:
        Daniel R. White    on behalf of Joint Debtor Nichole M. Lloyd dwhite@zeblaw.com,
          gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com
        Daniel R. White    on behalf of Debtor David J. Lloyd dwhite@zeblaw.com,
          gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com
        James Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
          bkgroup@kmllawgroup.com
        James Warmbrodt    on behalf of Creditor    Pacific Union Financial, LLC bkgroup@kmllawgroup.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        Samuel James Pasquarelli    on behalf of Creditor    Clearview Federal Credit Union sjp@sgkpc.com,
          pms@sgkpc.com
                                                                                                          TOTAL: 7