## PROCEEDING MEMO

Date: 07/02/2019 10:00 pm

In re: David J. Lloyd
Nichole M. Lloyd

Bankruptcy No. 18-24162-CMB
Chapter: 13
Doc. # 34

Appearances:

Movant(s): James Warmbrodt, Esq. for Nationstar Mortgage LLC d/b/a Mr. Cooper

Respondents: Daniel R. White, Esq. for Debtors ✓
Winnecour / Pail / Katz / DeSimone

Creditor(s):

Nature of Proceeding: # 34 Motion for Relief from Stay
In Re: 38 Field And Stream Road, Marianna, PA 15345

Additional Pleadings: #35 Notice of Hearing
#37 Debtor's Response
#40 Motion to Continued Hearing
#41 Order Granting Motion to Continue

Judge's Notes:

Outcome:

Warmbrodt: 3 consecutive disbursements on mortgage have been made, but still $3,000 in arrears, but plan is current and payments coming in.

Motion denied.

____ Motion is GRANTED ____ Order entered
✓ Motion is DENIED ✓ Order entered
____ Motion WITHDRAWN
____ Motion is DISMISSED    Order entered
____ Reschedule for Proper Service
____ Case DISMISSED    Order entered
____ Parties to submit Order/Settlement/Stipulation by _____ days
____ CONTINUED MATTER: _____ for at least _____ days (Court to Issue Order)
____ to hearing date of _____
____ ISSUE EVIDENTIARY HEARING NOTICE
____ Discovery time needed _____ days
____ Briefs to be filed:    Movant(s) brief due _____ days
Respondent(s) brief due _____ days
Trustee's brief due _____ days

Carlota M. Böhm
Chief U.S. Bankruptcy Judge

FILED
7/2/19 2:58 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA