UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: David J. Lloyd<br>      Nichole M. Lloyd<br>                           Debtor | BK. NO. 18-24162 CMB |
| Nationstar Mortgage LLC d/b/a Mr. Cooper<br>                           Movant<br>         v.<br>David J. Lloyd<br>Nichole M. Lloyd<br>                         Respondent<br>         and<br>Ronda J. Winnecour, Trustee<br>                       Additional Respondent | CHAPTER 13<br><br>Related to Docket #_____34_____ |

## ORDER MODIFYING SECTION 362 AUTOMATIC STAY

AND NOW, this 2nd day of July, 2019, at Pittsburgh, upon Motion of Nationstar Mortgage LLC d/b/a Mr. Cooper, it is

**ORDERED THAT:** The Motion for Relief from the Automatic Stay ~~of all proceedings is granted~~ is denied. ~~and the Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 38 Field And Stream Road, Marianna, PA 15345 ("Property"),~~ so as to ~~allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.~~

*/s/ Carlota M. Böhm*
United States Bankruptcy Judge

FILED
7/2/19 2:57 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                            Case No. 18-24162-CMB
David J. Lloyd                                                                    Chapter 13
Nichole M. Lloyd
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: dsaw              Page 1 of 1              Date Rcvd: Jul 02, 2019
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 04, 2019.
db/jdb         +David J. Lloyd,   Nichole M. Lloyd,   38 Field and Stream Road,   Marianna, PA 15345-1071

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 2, 2019 at the address(es) listed below:
          Daniel R. White    on behalf of Joint Debtor Nichole M. Lloyd zmwchapter13@gmail.com,
           gianna@zeblaw.com;r63228@notify.bestcase.com
          Daniel R. White    on behalf of Debtor David J. Lloyd zmwchapter13@gmail.com,
           gianna@zeblaw.com;r63228@notify.bestcase.com
          James Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
           bkgroup@kmllawgroup.com
          James Warmbrodt    on behalf of Creditor    Pacific Union Financial, LLC bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Samuel James Pasquarelli    on behalf of Creditor    Clearview Federal Credit Union sjp@sgkpc.com,
           pms@sgkpc.com
                                                                                             TOTAL: 7