**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>DAVID J. LLOYD<br>NICHOLE M. LLOYD<br>    Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>    Movant<br>    vs.<br>No Respondents. | Case No.:18-24162<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

  1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

  2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

  3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

   4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

   **Wherefore**, the Trustee requests that the Court,

  1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
  2. Approve the Trustee's Report of Receipts and Disbursements,
  3. Terminate wage attachments,
  4. Revest property of the estate in the debtor(s), and
  5. Enter a final decree and close this case.

November 27, 2023

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 10/25/2018 and confirmed on 1/11/19. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 120,200.00 |
| Less Refunds to Debtor | 1,215.77 | |
| TOTAL AMOUNT OF PLAN FUND | | 118,984.23 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,500.00 | |
|    Trustee Fee | 5,578.96 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 9,078.96 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   CLEARVIEW FCU** | 0.00 | 16,165.00 | 0.00 | 16,165.00 |
|     Acct: 9515 | | | | |
|   MIDFIRST BANK SSB* | 0.00 | 61,123.77 | 0.00 | 61,123.77 |
|     Acct: 9086 | | | | |
|   CLEARVIEW FCU** | 697.81 | 697.81 | 0.00 | 697.81 |
|     Acct: 9515 | | | | |
|   MIDFIRST BANK SSB* | 11,545.46 | 11,545.46 | 0.00 | 11,545.46 |
|     Acct: 9086 | | | | |
|   WELLS FARGO BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5211 | | | | |
|   CLEARVIEW FCU** | 11,000.00 | 11,000.00 | 1,220.13 | 12,220.13 |
|     Acct: 3477 | | | | |
| | | | | 101,752.17 |
| **Priority** | | | | |
|   DANIEL R WHITE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DAVID J. LLOYD | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DAVID J. LLOYD | 1,215.77 | 1,215.77 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ZEBLEY MEHALOV & WHITE PC | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   INTERNAL REVENUE SERVICE* | 1,174.99 | 1,174.99 | 0.00 | 1,174.99 |
|     Acct: 9154 | | | | |
| | | | | 1,174.99 |
| **Unsecured** | | | | |
|   ANGOTT SURGICAL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5501 | | | | |
|   UPMC HEALTH SERVICES | 175.00 | 24.50 | 0.00 | 24.50 |
|     Acct: 7434 | | | | |
|   CLEARVIEW FCU** | 10,393.45 | 1,455.08 | 0.00 | 1,455.08 |
|     Acct: 9515 | | | | |
|   CLEARVIEW FCU** | 9,250.27 | 1,295.04 | 0.00 | 1,295.04 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 3477 | | | | |
| GREATER WASHINGTON RADIOLOGIST | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 906B | | | | |
| IC SYSTEM INC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8107 | | | | |
| INTERNAL REVENUE SERVICE* | 6,030.14 | 844.22 | 0.00 | 844.22 |
| Acct: 9154 | | | | |
| CACH LLC | 12,212.07 | 1,709.69 | 0.00 | 1,709.69 |
| Acct: 2042 | | | | |
| PATHOLOGY ASSOCIATES OF WASHINGT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| TD BANK USA NA** | 346.67 | 48.53 | 0.00 | 48.53 |
| Acct: 9090 | | | | |
| VERIZON BY AMERICAN INFOSOURCE LP | 643.38 | 90.07 | 0.00 | 90.07 |
| Acct: 0001 | | | | |
| WELLS FARGO BANK NA | 6,571.32 | 919.98 | 0.00 | 919.98 |
| Acct: 5211 | | | | |
| WHS CARDIOVASCULAR CARE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: WQ0Z | | | | |
| WYNDHAM VACATION OWNERSHIP** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9794 | | | | |
| VARIUS HOLDINGS LLC | 378.01 | 52.92 | 0.00 | 52.92 |
| Acct: 9023 | | | | |
| CLEARVIEW FCU** | 3,843.40 | 538.08 | 0.00 | 538.08 |
| Acct: 3477 | | | | |
| BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CACH LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CREDIT COLLECTIONS USA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 6,978.11 |

| | |
|---|---:|
| TOTAL PAID TO CREDITORS | 109,905.27 |

TOTAL CLAIMED
PRIORITY           1,174.99
SECURED           23,243.27
UNSECURED        49,843.71

Date: 11/27/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
   DAVID J. LLOYD
   NICHOLE M. LLOYD
        Debtor(s)

   Ronda J. Winnecour
        Movant
        vs.
   No Repondents.

Case No.:18-24162

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
David J. Lloyd  
Nichole M. Lloyd  
    Debtors

Case No. 18-24162-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 3  
Date Rcvd: Nov 27, 2023     Form ID: pdf900     Total Noticed: 27

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | David J. Lloyd, Nichole M. Lloyd, 38 Field and Stream Road, Marianna, PA 15345-1071 |
| 14937336 | | Angott Surgical Associates, 88 Wellness Way, Washington, PA 15301-9720 |
| 14937340 | ++ | COLLECTION SERVICE CENTER INC, 363 VANADIUM ROAD, STE 109, PITTSBURGH PA 15243-1477 address filed with court:, Collection Service Center, Inc., 250 Mount Lebanon Boulevard, P.O. Box 14931, Pittsburgh, PA 15234-0931 |
| 14937338 | | Children's Hospital of PGH/Express Care, P.O. Box 382059, Attn: Patient Accounting Department, Pittsburgh, PA 15250-8059 |
| 14937342 | | Greater Washington Radiologist, P.O. Box 951847, Cleveland, OH 44193-0020 |
| 14937348 | + | Pathology Associates of Washington, PA, 155 Wilson Avenue, Washington, PA 15301-3336 |
| 14937352 | + | WHS Cardiovascular Care, P.O. Box 855, Washington, PA 15301-0855 |
| 14937351 | | Wells Fargo Card Services, P.O. Box 522, Des Moines, IA 50306-0522 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14937337 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 28 2023 00:31:46 | CACH, LLC, 4340 South Monaco Street--2nd Floor, Denver, CO 80237-3485 |
| 14963123 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 28 2023 00:31:25 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14937339 | | Email/Text: bankruptcy@clearviewfcu.org | Nov 28 2023 00:28:00 | Clearview Federal Credit Union, 8805 University Boulevard, Moon Township, PA 15108-2580 |
| 14937341 | + | Email/Text: ccusa@ccuhome.com | Nov 28 2023 00:26:00 | Credit Collections, USA, 16 Distributor Drive--Suite 1, Morgantown, WV 26501-7209 |
| 14937343 | | Email/Text: Bankruptcy@ICSystem.com | Nov 28 2023 00:27:00 | IC System, Inc., 444 Highway 96 East, P.O. Box 64378, Saint Paul, MN 55164-0378 |
| 14937344 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 28 2023 00:27:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14937345 | ^ | MEBN | Nov 28 2023 00:13:16 | KML Law Group, Suite 5000 BNY Mellon Independence Ctr., 701 Market Street, Philadelphia, PA 19106-1541 |
| 15232257 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Nov 28 2023 00:31:22 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 15028983 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 28 2023 00:27:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619094, Dallas, TX 75261-9094 |
| 14937346 | | Email/PDF: cbp@omf.com | Nov 28 2023 00:31:32 | One Main Financial, P.O. Box 3251, Evansville, IN 47731-3251 |
| 14937347 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 28 2023 00:27:00 | Pacific Union Financial, 1603 LBJ Freeway--Suite 500, Farmers Branch, TX 75234-6071 |

Case 18-24162-CMB   Doc 74   Filed 11/29/23   Entered 11/30/23 00:30:51   Desc Imaged
Certificate of Notice   Page 6 of 7

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 27, 2023 | Form ID: pdf900 | Total Noticed: 27 |

| Recip ID | Bypass | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 14973020 | + | Email/Text: bncmail@w-legal.com | Nov 28 2023 00:28:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14937349 | | Email/Text: bncmail@w-legal.com | Nov 28 2023 00:27:00 | Target National Bank, c/o Target Card Services, P.O. Box 1581, Minneapolis, MN 55440-1581 |
| 14963473 | | Email/Text: BNCnotices@dcmservices.com | Nov 28 2023 00:27:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14972603 | + | Email/Text: documentfiling@lciinc.com | Nov 28 2023 00:26:00 | Varius Holdings, LLC, PO BOX 1931, Burlingame, CA 94011-1931 |
| 14968367 | | Email/PDF: ebn_ais@aisinfo.com | Nov 28 2023 00:31:24 | Verizon, by American InfoSource as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14937350 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Nov 28 2023 00:26:00 | Verizon Wireless Bankruptcy Admin., 500 Technology Drive--Suite 500, Weldon Springs, MO 63304-2225 |
| 14966556 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 28 2023 00:42:26 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14937353 | | Email/Text: bankruptcydept@wyn.com | Nov 28 2023 00:28:00 | Wyndham Vacation Resorts, Inc., P.O. Box 97474, Las Vegas, NV 89195-0414 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | MidFirst Bank |
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| cr | | Pacific Union Financial, LLC |
| cr | *+ | Clearview Federal Credit Union, 8805 University Boulevard, Moon Township, PA 15108-4212 |
| 14960689 | *+ | Pacific Union Financial, LLC, 1603 LBJ Freeway Suite 500, Farmers Branch, TX 75234-6071 |

TOTAL: 3 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 29, 2023          Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 27, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor MidFirst Bank bnicholas@kmllawgroup.com |

District/off: 0315-2 | User: auto | Page 3 of 3
Date Rcvd: Nov 27, 2023 | Form ID: pdf900 | Total Noticed: 27

Brian Nicholas
    on behalf of Creditor Pacific Union Financial  LLC bnicholas@kmllawgroup.com

Daniel R. White
    on behalf of Joint Debtor Nichole M. Lloyd lori@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com

Daniel R. White
    on behalf of Debtor David J. Lloyd lori@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Samuel James Pasquarelli
    on behalf of Creditor Clearview Federal Credit Union sjp@sgkpc.com  pms@sgkpc.com


TOTAL: 8