IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
DAVID J. LLOYD
NICHOLE M. LLOYD
    Debtor(s)

Ronda J. Winnecour
    Movant
  vs.
No Repondents.

Case No.: 18-24162

Chapter 13

Document No.: 72

**ENTERED BY DEFAULT**

ORDER OF COURT

AND NOW, this **12th** day of **January**, 20**24**, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT,

*Carlota M. Böhm* dmk

U.S. BANKRUPTCY JUDGE

FILED
1/12/24 8:38 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                                                                    Case No. 18-24162-CMB

David J. Lloyd                                                                                            Chapter 13

Nichole M. Lloyd

      Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2                              User: auto                                        Page 1 of 3
Date Rcvd: Jan 12, 2024                     Form ID: pdf900                              Total Noticed: 27

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | David J. Lloyd, Nichole M. Lloyd, 38 Field and Stream Road, Marianna, PA 15345-1071 |
| 14937336 | # | Angott Surgical Associates, 88 Wellness Way, Washington, PA 15301-9720 |
| 14937340 | ++ | COLLECTION SERVICE CENTER INC, 363 VANADIUM ROAD, STE 109, PITTSBURGH PA 15243-1477 address filed with court:, Collection Service Center, Inc., 250 Mount Lebanon Boulevard, P.O. Box 14931, Pittsburgh, PA 15234-0931 |
| 14937338 | | Children's Hospital of PGH/Express Care, P.O. Box 382059, Attn: Patient Accounting Department, Pittsburgh, PA 15250-8059 |
| 14937342 | | Greater Washington Radiologist, P.O. Box 951847, Cleveland, OH 44193-0020 |
| 14937348 | + | Pathology Associates of Washington, PA, 155 Wilson Avenue, Washington, PA 15301-3336 |
| 14937352 | + | WHS Cardiovascular Care, P.O. Box 855, Washington, PA 15301-0855 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14937337 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 13 2024 00:10:59 | CACH, LLC, 4340 South Monaco Street--2nd Floor, Denver, CO 80237-3485 |
| 14963123 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 12 2024 23:58:41 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14937339 | | Email/Text: bankruptcy@clearviewfcu.org | Jan 13 2024 00:00:00 | Clearview Federal Credit Union, 8805 University Boulevard, Moon Township, PA 15108-2580 |
| 14937341 | + | Email/Text: ccusa@ccuhome.com | Jan 12 2024 23:59:00 | Credit Collections, USA, 16 Distributor Drive--Suite 1, Morgantown, WV 26501-7209 |
| 14937343 | | Email/Text: Bankruptcy@ICSystem.com | Jan 12 2024 23:59:00 | IC System, Inc., 444 Highway 96 East, P.O. Box 64378, Saint Paul, MN 55164-0378 |
| 14937344 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 13 2024 00:00:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14937345 | ^ | MEBN | Jan 12 2024 23:50:05 | KML Law Group, Suite 5000 BNY Mellon Independence Ctr., 701 Market Street, Philadelphia, PA 19106-1541 |
| 15232257 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jan 12 2024 23:58:33 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 15028983 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 12 2024 23:59:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619094, Dallas, TX 75261-9094 |
| 14937346 | | Email/PDF: cbp@omf.com | Jan 13 2024 00:10:38 | One Main Financial, P.O. Box 3251, Evansville, IN 47731-3251 |
| 14937347 | + | Email/Text: nsm_bk_notices@mrcooper.com | | |

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 12, 2024 | Form ID: pdf900 | Total Noticed: 27 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jan 12 2024 23:59:00 | Pacific Union Financial, 1603 LBJ Freeway--Suite 500, Farmers Branch, TX 75234-6071 |
| 14973020 | + | Email/Text: bncmail@w-legal.com | Jan 13 2024 00:00:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14937349 | | Email/Text: bncmail@w-legal.com | Jan 13 2024 00:00:00 | Target National Bank, c/o Target Card Services, P.O. Box 1581, Minneapolis, MN 55440-1581 |
| 14963473 | | Email/Text: BNCnotices@dcmservices.com | Jan 13 2024 00:00:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14972603 | + | Email/Text: documentfiling@lciinc.com | Jan 12 2024 23:59:00 | Varius Holdings, LLC, PO BOX 1931, Burlingame, CA 94011-1931 |
| 14968367 | | Email/PDF: ebn_ais@aisinfo.com | Jan 13 2024 00:10:44 | Verizon, by American InfoSource as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14937350 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jan 12 2024 23:59:00 | Verizon Wireless Bankruptcy Admin., 500 Technology Drive--Suite 500, Weldon Springs, MO 63304-2225 |
| 14966556 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 13 2024 00:10:25 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14937351 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 12 2024 23:58:34 | Wells Fargo Card Services, P.O. Box 522, Des Moines, IA 50306-0522 |
| 14937353 | | Email/Text: bankruptcydept@wyn.com | Jan 13 2024 00:01:00 | Wyndham Vacation Resorts, Inc., P.O. Box 97474, Las Vegas, NV 89195-0414 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | MidFirst Bank |
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| cr | | Pacific Union Financial, LLC |
| cr | *+ | Clearview Federal Credit Union, 8805 University Boulevard, Moon Township, PA 15108-4212 |
| 14960689 | *+ | Pacific Union Financial, LLC, 1603 LBJ Freeway Suite 500, Farmers Branch, TX 75234-6071 |

TOTAL: 3 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2024        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|

District/off: 0315-2     User: auto     Page 3 of 3
Date Rcvd: Jan 12, 2024     Form ID: pdf900     Total Noticed: 27

Brian Nicholas
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bnicholas@kmllawgroup.com

Brian Nicholas
    on behalf of Creditor MidFirst Bank bnicholas@kmllawgroup.com

Brian Nicholas
    on behalf of Creditor Pacific Union Financial  LLC bnicholas@kmllawgroup.com

Daniel White
    on behalf of Debtor David J. Lloyd
    lori@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com;ethomas@westpalawyers.com;kcostello@westpalawyers.com

Daniel White
    on behalf of Joint Debtor Nichole M. Lloyd
    lori@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com;ethomas@westpalawyers.com;kcostello@westpalawyers.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Samuel James Pasquarelli
    on behalf of Creditor Clearview Federal Credit Union sjp@sgkpc.com  pms@sgkpc.com

TOTAL: 8